Kevin Russell Karp (Bar No. 1082)
Kevin@kkarplaw.com
KEVIN KARP, ESQ.
557 Washington Street
Reno, NV 89503
Telephone: (775) 827-2557
Facsimile: (775) 201-0175

Attorneys for Plaintiff
JAMES TURNER

Anna Maria Martin (NV Bar No. 7079)
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
CIGNA GROUP INSURANCE, INC., a corporation.
(sued herein as: aka CONNECTICUT GENERAL
LIFE. aka LIFE INSURANCE COMPANY OF
NORTH AMERICA), and DOES 1-10, inclusive

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA - RENO

| | |
|---|---|
| JAMES TURNER, | Case No. 3:18-cv-00314-MMD-WGC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)** |
| vs. | |
| CIGNA GROUP INSURANCE, INC., a corporation; aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, inclusive, | Judge: Miranda M. Du |
| Defendant. | Complaint Filed (State): May 30, 2018 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (also improperly named herein as Cigna Group Insurance, Inc. and

1

STIPULATION AND [PROPOSED]ORDER FOR
EXTENSION OF TIME FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO THE
COMPLAINT (FIRST REQUEST)

3:18-cv-00314-MMD-WGC

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

Connecticut General Life) may have an additional three weeks in which to answer or otherwise respond to plaintiff's complaint. The last day for defendant to answer or otherwise respond to plaintiff's complaint is hereby extended to July 27, 2018.

Good cause exists for this request as counsel for defendant has only recently been retained in this matter and needs additional time to complete a full review before providing an answer or otherwise respond to plaintiff's complaint. The parties are also in the process of meeting and conferring as to issues in the complaint. This extension will not affect any existing deadline already scheduled by the Court. This is the first extension to answer or otherwise respond to plaintiff's complaint.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document, (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: July 19, 2018       Kevin Russell Karp

By: */s/ Kevin Russell Karp*
Kevin Russell Karp (NV Bar No. 1082)
557 Washington Street
Reno, NV 89503
Telephone: (775) 827-2557

Dated: July 19, 2018       MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
Anna Maria Martin (NV Bar No. 7079)
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

2
STIPULATION AND [PROPOSED]ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)

3:18-cv-00314-MMD-WGC

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

DATED: July 20, 2018.

**IT IS SO ORDERED:**

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION AND [PROPOSED]ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (FIRST REQUEST)

3:18-cv-00314-MMD-WGC

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**