Kevin Russell Karp (Bar No. 1082)
Kevin@kkarplaw.com
KEVIN KARP, ESQ.
557 Washington Street
Reno, NV 89503
Telephone: (775) 827-2557
Facsimile: (775) 201-0175

Attorneys for Plaintiff
JAMES TURNER

Anna Maria Martin (NV Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
CIGNA GROUP INSURANCE, INC., a corporation. (sued herein as: aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA), and DOES 1-10, inclusive

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| JAMES TURNER, | Case No. 3:18-cv-00314-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (SECOND REQUEST)** |
| vs. | |
| CIGNA GROUP INSURANCE, INC., a corporation; aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, inclusive, | Judge: Miranda M. Du |
| Defendant. | Complaint Filed (State): May 30, 2018 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (also improperly named herein as Cigna Group Insurance, Inc. and Connecticut General Life) may have an additional

STIP. & [PROPOSED] ORDER FOR EXT. OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT (SECOND REQUEST)

1

3:18-cv-00314-MMD-WGC

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

one week in which to answer or otherwise respond to plaintiff's complaint. This is the parties' second requested extension. The first extension was three weeks. Assuming this extension is granted, the last day for defendant to answer or otherwise respond to plaintiff's complaint is hereby extended to August 3, 2018.

Good cause exists for this request as the parties are in the process of meeting and conferring as to issues in the complaint. In particular the parties are discussing whether it is necessary to amend the complaint to reflect claims for relief and remedies that are consistent with ERISA.

This extension will not affect any existing deadline already scheduled by the Court.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document, (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: July 27, 2018        Kevin Russell Karp

By:  */s/ Kevin Russell Karp*
     Kevin Russell Karp (NV Bar No. 1082)
     557 Washington Street
     Reno, NV 89503
     Telephone: (775) 827-2557

Dated: July 27, 2018        MESERVE, MUMPER & HUGHES LLP
                            Anna Maria Martin

By:  */s/ Anna Maria Martin*
     Anna Maria Martin (NV Bar No. 7079)
     MESERVE, MUMPER & HUGHES LLP
     316 California Ave. #216
     Reno, Nevada 89509

**IT IS SO ORDERED:**

DATED:   July 30, 2018.

_____
UNITED STATES MAGISTRATE JUDGE