Kevin Russell Karp (Bar No. 1082)
Kevin@kkarplaw.com
KEVIN KARP, ESQ.
557 Washington Street
Reno, NV 89503
Telephone: (775) 827-2557
Facsimile: (775) 201-0175

Attorneys for Plaintiff
JAMES TURNER

Anna Maria Martin (NV Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada  89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
CIGNA GROUP INSURANCE, INC., a corporation. (sued herein as: aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA), and DOES 1-10, inclusive

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA - RENO

| | |
|---|---|
| JAMES TURNER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CIGNA GROUP INSURANCE, INC., a corporation; aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 3:18-cv-00314-MMD-WGC<br><br>**STIPULATION AND ORDER FOR ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT (THIRD REQUEST)**<br><br>Judge:　　Miranda M. Du<br><br>Complaint Filed (State):　　May 30, 2018 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (also improperly named herein as Cigna Group Insurance, Inc. and Connecticut General Life) may have an additional week in which to answer or otherwise respond to plaintiff's complaint.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

STIP. & [PROPOSED] ORDER FOR EXT. OF TIME FOR DEFENDANT
TO ANSWER THE COMPLAINT (THIRD REQUEST)

1

3:18-cv-00314-MMD-WGC

This is the parties' third requested extension. The first extension was three weeks. The second request was one week. This third request is for an additional week which would require Defendant to respond on or before August 10, 2018.

Good cause exists for this request. The parties have agreed that Plaintiff will amend the complaint to reflect a claim for relief under ERISA and remedies that are consistent with ERISA. The parties anticipate that Plaintiff will file the amended complaint within the next 7 (seven) days. By granting this additional extension, the Court will avoid the need for the parties and the Court to expend resources on a motion to dismiss for failure to state a claim on which relief can be granted.

This extension will not affect any existing deadline already scheduled by the Court.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document, (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: August 3, 2018    Kevin Russell Karp

By: */s/ Kevin Russell Karp*
Kevin Russell Karp (NV Bar No. 1082)
557 Washington Street
Reno, NV 89503
Telephone: (775) 827-2557

Dated: August 3, 2018    MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
Anna Maria Martin (NV Bar No. 7079)
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

**IT IS SO ORDERED:**

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

DATED: August 6, 2018.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**