| | |
|---|---|
| 1 | Kevin Russell Karp (Bar No. 1082) |
| | Kevin@kkarplaw.com |
| 2 | KEVIN KARP, ESQ. |
| | 557 Washington Street |
| 3 | Reno, NV 89503 |
| | Telephone: (775) 827-2557 |
| 4 | Facsimile: (775) 201-0175 |
| 5 | Attorneys for Plaintiff |
| | JAMES TURNER |
| 6 | |
| | Anna Maria Martin (Bar No. 7079) |
| 7 | amartin@mmhllp.com |
| | MESERVE, MUMPER & HUGHES LLP |
| 8 | 316 California Ave. #216 |
| | Reno, Nevada 89509 |
| 9 | Telephone: (213) 620-0300 |
| | Facsimile: (213) 625-1930 |
| 10 | |
| | Attorneys for Defendant |
| 11 | CIGNA GROUP INSURANCE, INC., a corporation. (sued |
| | herein as: aka CONNECTICUT GENERAL LIFE. aka LIFE |
| 12 | INSURANCE COMPANY OF NORTH AMERICA), and |
| | DOES 1-10, inclusive |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - RENO**

| | | |
|---|---|---|
| JAMES TURNER, | ) | Case No. 3:18-cv-00314-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND** |
| | ) | **MEDIATION DEADLINE (FIRST** |
| vs. | ) | **REQUESTED EXTENSION)** |
| | ) | **ORDER THEREON** |
| CIGNA GROUP INSURANCE, INC., a | ) | |
| corporation; aka CONNECTICUT GENERAL | ) | Magistrate Judge: William G. Cobb |
| LIFE. aka LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, and DOES 1-10, inclusive, | ) | Mediation Cutoff: March 1, 2019 |
| | ) | Scheduled Mediation Date; March 12, 2019 |
| Defendant. | ) | Complaint Filed: June 28, 2018 |

In accordance with Local Rule IA 3-1, this is a Stipulation respectfully requesting the Court to extend the existing mediation deadline which is currently set for March 1, 2019. As set forth below, the Parties have scheduled mediation for March 12, 2019.

WHEREAS, CIGNA GROUP INSURANCE, INC., a corporation. (sued herein as: aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA) ("LINA"), and JAMES TURNER ("Plaintiff"), (collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. On October 4, 2018, the Parties filed their Joint Case Management Report, indicating that the deadline to complete mediation would be March 1, 2019 (Doc No. 19);

2. The Court, in its' Minutes of Proceedings, dated October 12, 2018, adopted the parties' Proposed Case Management Report, including the mediation schedule (Doc No. 20);

3. The Parties mutually agreed to attend private mediation;

4. The mutually agreed-upon mediation has been set for Tuesday, March 12, 2019 with Neutral, Edwin Oster, of Judicate-West, in Santa Ana, California

5. The March 12, 2019 mediation date was the earliest date to conduct the mediation given the schedules of the mediator, the Parties, and their counsel;

6. This is the first stipulation for extension of time to complete the mediation.

7. The Parties do not believe that this extension will prejudice any party or result in undue delay.

8. Lastly, the Parties' stipulate that no later than **March 15, 2019**, they will file a Joint Status Report regarding the outcome of said mediation.

The Parties respectfully request that, for good cause the Court grant the proposed continuation of the mediation deadline for the reasons stated above.

**IT IS SO STIPULATED**.

Dated: March 1, 2019

Kevin Russell Karp
KEVIN KARP, ESQ.

By: */s/ Kevin Russell Karp*
Kevin Russell Karp (Bar No. 1082)
557 Washington Street
Reno, NV 89503
Attorneys for Plaintiff, JAMES TURNER

Dated: March 1, 2019

MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By: */s/ Anna Maria Martin*
Anna Maria Martin (NV Bar No. 7079)
316 California Ave. #216
Reno, Nevada 89509
Attorneys for Defendants

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

2

JOINT STIPULATION TO EXTEND MEDIATION DEADLINE [PROPOSED] ORDER THEREON

Case No. 3:18-cv-00314-MMD-WGC

**Filer's Attestation**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

**ORDER**

**IT IS SO ORDERED**:

DATED: March 1, 2019    2019          /s/ William G. Cobb
                                      THE HONORABLE WILLIAM G. COBB
                                      U.S MAGISTRATE JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

3

JOINT STIPULATION TO EXTEND MEDIATION
DEADLINE [PROPOSED] ORDER THEREON

Case No. 3:18-cv-00314-MMD-WGC