1    Kevin Russell Karp (Bar No. 1082)
Kevin@kkarplaw.com
2    KEVIN KARP, ESQ.
557 Washington Street
3    Reno, NV 89503
Telephone: (775) 827-2557
4    Facsimile: (775) 201-0175

Attorneys for Plaintiff
JAMES TURNER

Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
CIGNA GROUP INSURANCE, INC., a corporation. (sued herein as: aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA), and DOES 1-10, inclusive

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| JAMES TURNER,<br><br>        Plaintiff,<br><br>vs.<br><br>CIGNA GROUP INSURANCE, INC., a corporation; aka CONNECTICUT GENERAL LIFE. aka LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1-10, inclusive,<br><br>        Defendant. | Case No. 3:18-cv-00314-MMD-WGC<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION AS TO ALL DEFENDANTS, WITH PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>Judge: Miranda M. Du<br><br>Complaint Filed: June 28, 2018 |

IT IS HEREBY STIPULATED, by and between Plaintiff JAMES TURNER and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice and that any deadlines and Court ordered appearances, be vacated and taken off the Court's calendar.

**IT IS SO STIPULATED.**

Dated: May 1, 2019      Kevin Russell Karp
KEVIN KARP, ESQ.

By:   */s/ Kevin Russell Karp*
Kevin Russell Karp (Bar No. 1082)
557 Washington Street
Reno, NV 89503
Attorneys for Plaintiff, JAMES TURNER

Dated: May 1, 2019      MESERVE, MUMPER & HUGHES LLP
Anna Maria Martin

By:   */s/ Anna Maria Martin*
Anna Maria Martin (NV Bar No. 7079)
316 California Ave. #216
Reno, Nevada 89509
Attorneys for Defendants

### Filer's Attestation

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

****

### ORDER

**IT IS SO ORDERED:**

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED: 5/2/2019